HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROXANN ORTEGA-MURILLO,<br><br>    Plaintiff,<br><br>    vs.<br><br>VANCOUVER SCHOOL DISTRICT and DOES 1-10 inclusive,<br><br>    Defendants. | **Case No.** CO4-5651 RJB<br><br>UNOPPOSED MOTION TO EXTEND DEADLINES |

**CERTIFICATE OF CONFERRAL**

Plaintiff, Roxann Ortega-Murillo ("Ortega-Murillo") has conferred with defendant's counsel regarding the issues raised by this Motion and Defendant's counsel does not oppose this extension of time for discovery to allow for further discovery per the attached Stipulation.

**MOTION**

Pursuant to FRCP 37, the supporting Stipulation, filed herewith, Ortega-Murillo moves this Court for an Order Extending the deadlines imposed by the Court for an additional 60 days to September 29, 2005.

DATED this 13th day of July, 2005.

**/s/ Mary Betker**_____
Mary A. Betker, WSBA#30429
Attorney for Plaintiff

**IT IS SO ORDERED:**

DATED this 21st day of July, 2005.

*[signature]*
Robert J. Bryan
United States District Judge